**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 11−34182−KRH
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Caroline A. Bailey
1558 United Court
Henrico, VA 23238

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−4797

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

**NOTICE OF DISMISSAL OF CASE**

Notice is hereby given that an order was entered on March 11, 2013 dismissing the above−captioned case.

Dated: March 11, 2013

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:
Caroline A. Bailey
Debtor

Case No. 11-34182-KRH
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-7 User: bullockn Page 1 of 3 Date Rcvd: Mar 11, 2013
Form ID: VAN015 Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2013.

db #+Caroline A. Bailey, 1558 United Court, Henrico, VA 23238-4338
10540566 +Adams Adams and Epperly PC, 4315 Grove Avenue, Richmond, VA 23221-1801
10540570 +Berkeley & Degaetani, re: Henrico FCU, 1301 N Hamilton St, Ste 200, Richmond, VA 23230-3959
10540572 Carolina Finance, 4746 Finlay St, Henrico, VA 23231-2754
10540573 +Cole, Ricky by Geico subrogee, c/o Chaplin & Gonet, 5211 W Broad St, Richmond, VA 23230-3009
10540574 +Commonwealth of Virginia, c/o J Worden, Esq., 5300 Hickory Park Dr, Ste 202, Glen Allen, VA 23059-2629
10540575 +County of Henrico, Department of Social Services, PO Box 27032, Henrico, VA 23273-7032
10540577 +Eastern Account System, 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1175
10764159 HENRICO COUNTY, VIRGINIA, JASON M. HART, ASSISTANT COUNTY ATTORNEY, P.O. BOX 90775, HENRICO, VIRGINIA 23273-0775
10540579 +Henrico Federal Credit Union, 9401 West Broad St, Henrico, VA 23294-5331
10612267 +Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999
10540582 +Monterey Collection Sv, 4095 Avenida De La Plata, Oceanside, CA 92056-5802
10540585 Public Library of Henrico Cnty, 1001 N Laburnum Ave, Richmond, VA 23223-2799
10540586 +Q Maple LLC t/a Maple Springs, c/o W Dove, 14070 Brookman Rd, Somerset, VA 22972-2120
10540589 Richard D. Holcomb, Department of Motor Vehciles, PO Box 27412, Richmond, VA 23269-0001
10557256 +Ricky W. Cole, by GEICO, subrogee, c/o Chaplin & Gonet, 5211 West Broad Street #100, Richmond, VA 23230-3000
10756262 +The Mark at Maple Run, c/o 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415
10540591 +Trigon Blue Cross Blue Shield, c/o G Hearn, Esq, PO Box 29472, Henrico, VA 23242-0472
10540592 Trigon Blue Cross Blue Shield, 602 South Jefferson Street, Roanoke, VA 24011-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

cr +E-mail/Text: kim@ballatolaw.com Mar 12 2013 06:36:36 Michael B. Ballato, 3721 Westerre Parkway, Suite A, Henrico, VA 23233-1332
10540567 +EDI: AFNIRECOVERY.COM Mar 12 2013 04:13:00 Afni, Inc., Attn: Bankruptcy, 404 Brock Dr, Bloomington, IL 61701-2654
10563791 +EDI: AFNIRECOVERY.COM Mar 12 2013 04:13:00 Afni, Inc., PO Box 3667, Bloomington, IL 61702-3667
10540568 +EDI: RMCB.COM Mar 12 2013 04:13:00 Amca, 2269 S Saw Mill, Elmsford, NY 10523-3899
10540569 +EDI: ARROW.COM Mar 12 2013 04:13:00 Arrow Financial Services, 5996 W Touhy Ave, Niles, IL 60714-4610
10540571 +E-mail/Text: bankruptcy@cavps.com Mar 12 2013 06:58:31 Calvary Portfolio Services, Attn: Bankruptcy Dept, 500 Summit Lake Dr., Valhalla, NY 10595-2322
10546159 +E-mail/Text: kim@ballatolaw.com Mar 12 2013 06:36:36 Dominion Properties Virginia LLC, c/o Ballato Law Firm, P.C., 3721 Westerre Parkway, Suite A, Henrico, VA 23233-1332
10540576 +E-mail/Text: TAMAR.GADE@DRIVETIME.COM Mar 12 2013 04:54:45 Dt Credit Co, Po Box 29018, Phoenix, AZ 85038-9018
10844324 +E-mail/Text: lisa@galwayfinancialservices.com Mar 12 2013 05:21:33 Galway Financial Services, 3870 peachtree Industrial Blvd, Suite 150-316, Duluth GA 30096-1422
10540580 +E-mail/Text: HWIBankruptcy@hunterwarfield.com Mar 12 2013 06:34:30 Hunter Warfield, 4620 Woodland Corp, Tampa, FL 33614-2415
10540581 EDI: ICSYSTEM.COM Mar 12 2013 04:13:00 IC System, 444 Highway 96 East, PO Box 64886, Saint Paul, MN 55164-0886
10612267 +EDI: JEFFERSONCAP.COM Mar 12 2013 04:13:00 Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999
10540584 +E-mail/Text: kim@ballatolaw.com Mar 12 2013 06:36:36 Navratil, Melissa D., c/o Ballato Law Firm, 3721 Westerre Parkway, Ste A, Henrico, VA 23233-1332
10540583 +E-mail/Text: kim@ballatolaw.com Mar 12 2013 06:36:36 Navratil, Melissa D., c/o Ballato Law Firm, PC, 3721 Westerre Parkway, Ste A, Henrico, VA 23233-1332
10540587 +E-mail/Text: colleen.atkinson@rmscollect.com Mar 12 2013 04:54:26 Receivable Management, 7206 Hull Street Rd Ste, Richmond, VA 23235-5826
10557341 +E-mail/Text: colleen.atkinson@rmscollect.com Mar 12 2013 04:54:26 Receivables Management System, PO Box 8630, Richmond, VA 23226-0630
10540590 +EDI: PHINRJMA.COM Mar 12 2013 04:13:00 Rjm Acq Llc, 575 Underhill Blvd, Syosset, NY 11791-3426
10548542 +EDI: PHINRJMA.COM Mar 12 2013 04:13:00 Rjm Acquisitions Llc, 575 Underhill Blvd, Suite 224, Syosset, NY 11791-4437
10777362 EDI: Q3G.COM Mar 12 2013 04:13:00 Worldwide Asset Purchasing II, LLC, Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788

TOTAL: 19

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

10540578 Eiler, John
10568910* +DT CREDIT COMPANY LLC, PO BOX 29018, PHOENIX, AZ 85038-9018
10614043* +Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999
10540588* +Receivable Management, 7206 Hull Street Rd Ste, Richmond, VA 23235-5826

TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2013** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system on March 11, 2013 at the address(es) listed below:

Carl M. Bates station01@richchap13.com, station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com

Michael B. Ballato on behalf of Creditor Michael Ballato mbb@ballatolaw.com, kim@ballatolaw.com

Roger C Hurwitz on behalf of Debtor Caroline Bailey rchurwitz@gmail.com, courtneydeboise@gmail.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;algplank@gmail.com

TOTAL: 3